■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RACHEL LUNA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hellenbrand, J.), rendered February 10, 1983, convicting her of murder in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP MACKEY, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (D'Amaro, J.), rendered November 7, 1985, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MARGIASSO, Appellant.—Appeal by the defendant from two amended judgments of the County Court, Westchester County (Marasco, J.), rendered November 20, 1984.

Ordered that the amended judgments are affirmed *(People v Green,* 54 NY2d 878; *People v Hayes,* 43 AD2d 99, 103, *affd* 35 NY2d 907). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.